THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* OZARK NESBITT, Petitioner-Appellant.

(No. 58671;

First District (1st Division)—August 27, 1973.

PER CURIAM.
BURKE, P. J., took no part.

378

James J. Doherty, Public Defender, of Chicago, (Daniel Miranda, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.